IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry L. Shipp,

    Plaintiff(s),

vs.

Norton Outdoor Advertising, Inc., et al.,

    Defendant(s).

Case Number: 1:18cv444

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 14, 2019 (Doc. 34), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 28, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is REMANDED sua sponte to state court without ruling on the pending motion.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court